Kristen J. Nesbit (SBN 242426)
E-Mail: knesbit@fisherphillips.com
LaLonnie V. Gray (SBN 336999)
E-Mail: lgray@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

JS-6

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBERT BEZZINA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED AIRLINES, INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO.:  2:21-CV-05102-JFW-JPRx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT UNITED AIRLINES, INC. AND AGAINST PLAINTIFF ROBERT BEZZINA** |

　　　　Plaintiff Robert Bezzina ("Plaintiff") brought the present action against Defendant United Airlines, Inc. ("Defendant").  Plaintiff's operative Complaint alleges causes of action for: (1) Disability Discrimination; (2) Failure to Engage in the Interactive Process; (3) Failure to Provide Reasonable Accommodation; (4) Failure to Investigate; (5) Failure to Take All Reasonable Steps to Prevent Discrimination; and (6) Retaliation.

　　　　On January 14, 2022, Defendant filed a Motion for Summary Judgment, Or In The Alternative Partial Summary Judgment.  (Dkt. 27.)  The Court found the matter appropriate for submission on the papers without oral argument.  The matter was, therefore, removed from the Court's February 14, 2022 hearing calendar and the parties were given notice.  After considering the moving,

opposing, and reply papers and all supporting evidence therein, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Defendant's Motion for Summary Judgment, Or In The Alternative Partial Summary Judgment is GRANTED.

2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

3. Plaintiff takes nothing from Defendant, the action is dismissed in its entirety, and Defendant may submit a cost bill in accordance with the requirements of law.

4. Judgment is entered in favor of Defendant and against Plaintiff on the Plaintiff's Complaint.

Dated: March 1, 2022

HONORABLE JOHN F. WALTER
United States District Court Judge